1

2

3

4

5

6

7

O

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

ANTONIO CERVANTES,                    )          Case No. CV 11-3575-ODW (OP)

11                                                  )

12                        Petitioner,    )          ORDER ACCEPTING FINDINGS,
                                                    )          CONCLUSIONS, AND
           v.                                       )          RECOMMENDATIONS OF

13                                                  )          UNITED STATES MAGISTRATE
                                                    )          JUDGE

14   R. H. TRIMBLE, Warden,              )
                                                    )

15                                                  )
                          Respondent.   )

16   _____)

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

18   file, the Report and Recommendation of the United States Magistrate Judge, and

19   Petitioner's Objections thereto.  The Court has engaged in a de novo review of those

20   portions of the Report and Recommendation to which Petitioner has objected.  The

21   Court accepts the findings and recommendations of the Magistrate Judge,

22   / / /

23   / / /

24   / / /

25

26

27

28

1    IT IS ORDERED  that Judgment be entered:  (1) approving and adopting this

2  Report and Recommendation; and (2) directing that Judgment be entered denying the

3  Petition and dismissing this action with prejudice.

4

5

6  DATED: January 13, 2012

   HONORABLE OTIS D. WRIGHT, II.
7  United States District Judge

8

9

   Prepared by:
10

11

12
   HONORABLE OSWALD PARADA
13  United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2