JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CERVANTES,<br><br>    Petitioner,<br>  v.<br><br>R. H. TRIMBLE, Warden,<br><br>    Respondent. | Case No. CV 11-3575-ODW (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 13, 2012

            HONORABLE OTIS D. WRIGHT, II.
            United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge